**Order entered February 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01418-CV

---

## PERFORMANCE PULSATION CONTROL, INC., 490 CLAY ROAD, LP AND JOHN ROGERS, Appellants

### V.

### JUAN PADILLA, Appellee

---

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09374**

---

## ORDER

Before the Court is appellants' February 1, 2017 unopposed motion for second extension of time to file brief. Appellants explain they have settled their controversy with appellee and seek the extension to allow the parties time to perform the settlement. We **GRANT** the motion and **ORDER** appellants to file either their brief or a motion to dismiss the appeal no later than March 23, 2017. We caution appellants that further requests for extension of time will be disfavored.

/s/      ELIZABETH LANG-MIERS
         JUSTICE